BERTRAM FIELDS (SBN 024199)
BFields@GreenbergGlusker.com
CHARLES N. SHEPHARD (SBN 078129)
CShephard@GreenbergGlusker.com
JAMES R. MOLEN (SBN 260269)
JMolen@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Plaintiff
Warren Beatty

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WARREN BEATTY, | Case No. CV 08-07662 DDP (SSx) |
| Plaintiff, | Hon. Dean D. Pregerson |
| v. | **JUDGMENT IN FAVOR OF PLAINTIFF WARREN BEATTY** |
| TRIBUNE MEDIA SERVICES, INC. and DOES 1 through 10, inclusive, | |
| Defendants. | |

08599-10005/1771774.1

[PROPOSED] JUDGMENT IN FAVOR OF PLAINTIFF WARREN. BEATTY

The motion of plaintiff Warren Beatty ("Beatty") for summary judgment having been granted, and the motion of defendant Tribune Media Services, Inc. ("Tribune") for summary judgment having been denied, it is hereby ordered, adjudged, decreed and declared that the rights and obligations of the parties are as follows:

1. Beatty's commencement of principal photography of his television special on November 8, 2008 was sufficient for him to retain the Dick Tracy rights ("the Rights") which were granted to him pursuant to the August 28, 1985 Agreement between he and Tribune;

2. Beatty retains the Rights on an exclusive basis; and

3. There has been no reversion of the Rights to Tribune.

DATED: March 25, 2011

                            Hon. Dean D. Pregerson
                            United States District Judge

SUBMITTED BY:

GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP

By:   Charles N. Shephard
      Charles N. Shephard
      Attorneys for Plaintiff
      WARREN BEATTY

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590